UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS D. COPELAND; LEGAL COURIERS, INC.,<br><br>　　　　　Defendants. | No. CV-08-3065-FVS<br><br>ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT |

**THE DISTRICT COURT EXECUTIVE** having previously entered the default of Legal Couriers, Inc.; Legal Couriers, Inc., having taken no steps to address its default; the United States having filed a motion for entry of default judgment on July 21, 2011; and Legal Couriers, Inc., having failed to respond; Now, therefore

**IT IS HEREBY ORDERED**:

The United States' motion for entry of default judgment **(ECF No. 63) is granted.** The District Court Executive shall enter judgment in favor of the United States against Legal Couriers, Inc., in the amount of One Hundred Thirty-one Thousand, Six Hundred Forty-nine Dollars ($131,649.00).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies of the order and judgment to counsel for the plaintiff and to defendant Dennis D. Copeland.

**DATED** this   9th   day of September, 2011.

　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　Senior United States District Judge

ORDER - 1