AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

DENNIS D. COPELAND; LEGAL COURIERS, INC.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-3065-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the United States against Legal Couriers, Inc., in the amount of One Hundred Thirty-one Thousand, Six Hundred Forty-nine Dollars ($131,649.00).

September 9, 2011               JAMES R. LARSEN
*Date*                      *Clerk*
                        s/ Shirley Peters
                        *(By) Deputy Clerk*
                        Shirley Peters