UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS D. COPELAND,<br><br>    Defendant. | No. CV-08-3065-FVS<br><br>ORDER GRANTING MOTIONS REQUESTING JUDICIAL APPROVAL OF A CONSENT JUDGMENT |

**THIS MATTER** having come before the Court based upon the parties' motions requesting judicial approval of a consent judgment; Now, therefore

**IT IS HEREBY ORDERED:**

1. The "Motion for Entry of Stipulated Consent Judgment" **(ECF No. 102) is granted**.

2. The "Stipulation for Entry of Consent Judgment" **(ECF No. 103) is granted**.

3. The District Court Executive shall **enter the consent judgment** that is attached to ECF No. 102, **vacate** the pretrial conference and trial date, and **close** this file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel for the plaintiff and to Dennis D. Copeland.

**DATED** this ___14th___ day of December, 2011.

                     s/ Fred Van Sickle
                     Fred Van Sickle
             Senior United States District Judge

ORDER - 1