UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DENNIS D. COPELAND and<br>LEGAL COURIERS, INC.,<br><br>　　　　　Defendants. | NO. CV-08-3065-FVS<br><br>[PROPOSED] CONSENT JUDGMENT RE: DENNIS D. COPELAND |

Pursuant to the parties' Stipulation for Entry of Consent Judgment filed herein and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that a Consent Judgment in the amount of $136,989 is entered against Defendant Dennis D. Copeland for all claims alleged in the Complaint. (ECF No. 1); and it is further

ORDERED ADJUDGED AND DECREED that this Consent Judgment solely addresses the liability of Defendant Dennis D. Copeland, and only implicates Defendant Legal Couriers, Inc., as referenced in the parties' Stipulation for Entry of Consent Judgment; and it is further

ORDERED ADJUDGED AND DECREED that pursuant to the terms of the parties' Stipulation for Entry of Consent Judgment, Defendant Dennis D. Copeland will make monthly payments toward the satisfaction of the judgment amount and, assuming the Defendant Dennis D. Copeland's timely performance of all terms and

[PROPOSED] Consent Judgment - 1

obligations set forth in the Stipulation for Entry of Consent Judgment, Defendant Dennis D. Copeland shall be released and discharged from all manner of civil actions and claims arising from the incidents complained of in the United States' Complaint. (ECF No. 1); and it is further

ORDERED ADJUDGED AND DECREED that all terms and obligations related to the entry of this Consent Judgment shall be controlled by the parties Stipulation for Entry of Consent Judgment.

DATED this 14th day of December, 2011.

s/ Fred Van Sickle
_____
HON. FRED VAN SICKLE
UNITED STATES DISTRICT JUDGE

APPROVED:

MICHAEL C. ORMSBY
United States Attorney

s/Tyler H.L. Tornabene
_____
TYLER H.L. TORNABENE
Assistant United States Attorney
Attorney for Defendant
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-TTornabeneECF@usdoj.gov

_____
DENNIS D. COPELAND
Defendant

[PROPOSED] Consent Judgment - 2